UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 22cr10098 |
| v. ) | |
| ) | Violation: |
| JUAN MURILLO, ) | |
| ) | Count One: 18 U.S.C. § 1709 |
| Defendant ) | (Theft of Mail by Employee) |
| ) | |

INDICTMENT

COUNT ONE
Theft of Mail by Employee
(18 U.S.C. § 1709)

The Grand Jury charges:

On or about September 23, 2021 at Cambridge, in the District of Massachusetts, the defendant,

JUAN MURILLO,

being a Postal Service employee, did steal and remove an article and thing, to wit, United States Currency, contained in mail entrusted to him and which came into his possession intended to be conveyed through the mail.

All in violation of Title 18, United States Code, Section 1709.

A TRUE BILL

_____
FOREPERSON

_____
EUGENIA M. CARRIS
ASSISTANT UNITED STATES ATTORNEY

District of Massachusetts: May  3 , 2022
Returned into the District Court by the jurors and filed.

_____
Deputy Clerk