UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 22-cr-10098-ADB |
| v. ) | |
| ) | |
| JUAN MURILLO, ) | |
| Defendant ) | |

<u>JOINT SUBMISSION OF THE PARTIES UNDER LOCAL RULE 116.5(c)</u>

Pursuant to Local Rule 116.5(c), the parties jointly file this status report and state as follows:

1. The parties request that this matter be transferred to the District Judge to set a Rule 11/plea hearing and that the initial status conference set for June 30, 2022 be cancelled.

2. Automatic discovery was provided to counsel for the defendant on May 6, 2022. There are no outstanding discovery issues.

3. The parties have conferred on the periods of excludable delay from all Speedy Trial Act calculations and submit that as of June 30, 2022, the date scheduled for the initial Status Conference, no non-excludable days have occurred leaving 70 days to commence trial. The parties further request that the time period between June 30, 2022, through the date of the Rule 11/plea hearing set by the District Court be excluded from all Speedy Trial Act calculations. Exclusion of such time is in the interests of justice.

Respectfully submitted,

                                            JUAN MURILLO
                                            By his attorney,


 /s/ Eugenia M. Carris                      /s/ Oscar Cruz, Jr.
                                            Oscar Cruz, Jr.
Assistant United States Attorney            Assistant Federal Public Defender
                                            Federal Defenders Office
                                            51 Sleeper St., 5th Floor
                                            Boston, MA 02210
                                            (617) 223-8061
                                            oscar_cruz@fd.org

# **CERTIFICATE OF SERVICE**

      I hereby certify that this document was filed through the ECF system which sends copies electronically to the registered participants.

                                          /s/ Oscar Cruz Jr.
                                          OSCAR CRUZ, JR.
                                          Assistant Federal Public Defender

Date: June 24, 2022